PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** BASKERVILLE, Omar

**Docket Number:** 05-00910-001
**PACTS Number:** 44994

**Name of Sentencing Judicial Officer:** Honorable Jose L. Linares, U.S.D.J.

**Date of Original Sentence:** 06/20/2007

**Original Offense:** Possession of a Firearm by a Convicted Felon (two counts)

**Original Sentence:** 70 months imprisonment; 3 years supervised release; $200 special assessment.  Special conditions:  1) alcohol testing/treatment; 2) mental health treatment; and 3) DNA collection.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 06/01/2010

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Holman (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X]  To issue a warrant to act as a detainer
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On or about November 11, 2011, Baskerville was arrested in Virginia by the FBI and Fairfax County Police Department.  He was charged with multiple narcotic distribution and weapons-related offenses.  According to investigative reports, he distributed narcotics in exchange for cash and firearms, including an AK-47 assault rifle.  The case is being considered for federal prosecution in District Court - Eastern District of Virginia. |
| 2 | The offender has violated the mandatory supervision condition which states '**The defendant shall not possess a firearm or destructive device.  Probation must be revoked for possession of a firearm.**'<br><br>As detailed in Violation #1, Baskerville, a convicted felon, unlawfully possessed firearm(s). |

3      The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

During the commission of the offense detailed in Violation #1, the offender traveled to Virginia without being granted permission by the Probation Office.

4      The offender has violated the standard supervision condition which states '**You shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the undersigned Probation Officer about the arrest detailed in Violation #1 within the allotted time period. Moreover, no one alerted Probation on his behalf.

A thorough record check revealed Baskerville had additional contact with law enforcement which went unreported to Probation. Specifically, on March 16, 2011, he was issued a summary offense citation for drinking in public by the East Orange, New Jersey Police Department. Then, on April 2, 2011, during a motor vehicle traffic stop conducted by the Bloomfield, New Jersey Police Department, he was issued two tickets (careless driving and failure to report an accident).

5      The offender has violated the standard supervision condition which states '**You shall report to the Probation Officer as directed by the Court or Probation Officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report to the Probation Office as directed on October 4, 2011. In addition, he failed to submit a monthly written report within the allotted time period for the following months: June 2010, August 2010 - May 2011, August 2011, and October 2011.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

Date: 11/17/2011

THE COURT ORDERS:

[✓] The Issuance of a Warrant to Act as a Detainer and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date